# Tranum v. Drum & Ezekiel.

*Statutory Action of Ejectment.*

1. *Overruling of general demurrer no reversible error.*—A demurrer to replications upon the ground that "said replications are insufficient in law," being general, is properly overruled.

APPEAL from the Circuit Court of Crenshaw.
Tried before the Hon. N. D. DENSON.
The facts of the case are sufficiently stated in the opinion.

I. H. PARKS, for appellant.

J. C. RICHARDSON and C. E. HAMILTON, *contra*.

COLEMAN, J.—The abstract shows that the appellees sued in ejectment to recover certain lands. The defendant pleaded for plea No. 1, "that the suit was brought by a mortgagee or his assignee, and that before the commencement of the suit the mortgage debt was paid in full." To this plea the plaintiff replied : (1) That the alleged mortgage had been foreclosed, and that the plaintiff relies upon the conveyance at such foreclosure for the title ; and (2) that the said mortgage debt was not paid at the time of the foreclosure of the alleged mortgage, and was duly paid by the purchase price of the land at the foreclosure sale. To these replications the

[Wells v. Cody.]

defendant demurred, "upon the ground that said repli-
cations are insufficient in law." The demurrer to the
replications was overruled. Issue was joined on the
general issue and plaintiffs' replications to plea No. 1.
This is the whole case. There is no bill of exceptions
in the case, and the overruling of the demurrer to the
replications is the only question for review. The demur-
rer to the replications was a mere general demurrer, and
the court did not err in overruling it.
    Affirmed.